UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| REGINALD WILLIAMS,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>ZIONS FIRST NATIONAL BANK et al.,<br><br>　　　　　　　　Defendants. | **MEMORANDUM DECISION & ORDER DISMISSING ZIONS BANK DEFENDANTS WITH PREJUDICE**<br><br>Civil No. 2:13-cv-319 DN<br><br>Judge David Nuffer |

Before the Court is the June 16, 2014 Motion and Memorandum to Dismiss All Claims Against the Zions Bank Defendants, (Docket Entry # 40), filed by Zions First National Bank, Zions Bancorporation, A. Scott Anderson, Derek Loutensock, and Jack May (Zions Bank Defendants). Plaintiff has had three years to respond and ample guidance by the Court, but has still never filed a response to the Zions Bank Defendants' Motion to Dismiss. The time for doing so has long passed.

Therefore, for the reasons stated in the motion and memorandum, and with good cause appearing, THE COURT HEREBY ORDERS THAT:

　　　　(1) The Motion to Dismiss is granted. (Docket Entry # 40.)

　　　　(2) Plaintiff's claims against Zions Bank Defendants are DISMISSED with prejudice.

　　　　DATED: June 19, 2017

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　CHIEF JUDGE DAVID NUFFER
　　　　　　　　　　　　　　　　　　　　United States District Court