See Docket Entry #61 for correct filing