IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| REGINALD WILLIAMS,<br><br>        Plaintiff,<br><br>v.<br><br>UTAH DEP'T OF CORRS. et al.,<br><br>        Defendants. | **MEMORANDUM DECISION & ORDER DISMISSING WITHOUT PREJUDICE AFTER REMAND**<br><br>Case No. 2:13-CV-319 DN<br><br>District Judge David Nuffer |

On March 30, 2018, Plaintiff's claims against Utah Department of Corrections (UDOC) Defendants were dismissed with prejudice. (Doc. No. 76.) The Tenth Circuit Court of Appeals later "affirm[ed] the judgment, but remand[ed] with instructions to the district court to dismiss Mr. Williams' claims against UDOC Defendants without prejudice." *Williams v. Utah Dep't of Corr.*, No. 18-4058, slip op. at 11 (10th Cir. July 8, 2019).

**IT IS THEREFORE ORDERED** that UDOC defendants are **DISMISSED** without prejudice.

DATED this 27th day of August, 2019.

BY THE COURT:

_____
DAVID NUFFER
United States District Judge